UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NATOYA FIELDS, and
CHARLES H. BUCKLES, JR.,

        Defendants.
_____/

Case: 2:25−cr−20539
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Assign. Date : 7/22/2025
Description: INFO USA V. FIELDS ET AL (NA)

VIOLATION:
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

# INFORMATION

The United States Attorney charges:

## COUNT ONE

(18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud)

From at least May 2020 and continuing through October 2021, in the Eastern District of Michigan and elsewhere, defendants NATOYA FIELDS and CHARLES H. BUCKLES, JR., and others knowingly and voluntarily combined, conspired and agreed with each other and others to commit the crime of wire fraud, that is, knowingly and with intent to defraud, having devised and intending to devise a scheme and artifice to defraud and to

1

deprive another of money and property by means of false and fraudulent material pretenses, representations, and promises, transmit and cause to be transmitted wire communications in interstate commerce including email, writings, signs, signals, pictures, and sounds, and the wire transfer of funds, in violation of Title 18, United States Code, Sections 1343 and 1349.

## Object of the Conspiracy

The object of the conspiracy was to defraud and deprive the State of Michigan's Unemployment Insurance Agency (MUIA) by means of false and fraudulent material pretenses, representations, and promises made to MUIA with the intent to trick MUIA into approving fraudulent unemployment insurance benefit claims and issuing illegitimate payments.

## Manner and Means of the Conspiracy

It was part of the conspiracy to defraud MUIA that FIELDS, BUCKLES, and their co-conspirators falsely represented to MUIA that purported claimants were eligible for unemployment insurance benefits when such claimants were not. It was also part of the conspiracy to defraud MUIA that FIELDS, BUCKLES, and their co-conspirators

fraudulently diverted unemployment insurance benefits from otherwise eligible claimants to members of the conspiracy.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – *Criminal Forfeiture*)

The allegations of Count One of this Information are incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

If convicted of violating Title 18, United States Code, Section 1349, defendants FIELDS and BUCKLES shall forfeit to the United States of America, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The forfeiture in this case may include entry of a forfeiture money judgment against defendants FIELDS and BUCKLES in an amount up to the value of proceeds that FIELDS and BUCKLES obtained as a result of Count One.

If, by any act or omission of defendants FIELDS and BUCKLES,

the proceeds of the offense cannot be located upon the exercise of due diligence, have been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or have been commingled with other property which cannot be divided without difficulty, the United States of America shall seek to forfeit substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), up to the value of the forfeitable property described above.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney


*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit


*s/ T. Patrick Martin*
T. PATRICK MARTIN
Assistant United States Attorney
Anti-Corruption Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3220
(313) 226-9168
Dated: July 22, 2025     Thomas.Martin@usdoj.gov

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 25−cr−20539 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. U.S. v. Natoya Fields and Charles H. Buckles, Jr.

**County where offense occurred:** Wayne County and Macomb County

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 22, 2025
Date

s/ T. Patrick Martin
T. Patrick Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9168
Fax:   313-226-3413
E-Mail address: Thomas.Martin@usdoj.gov
Attorney Bar #: P86940

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.